STAHL SOAP CORPORATION, Appellant, v. CITY OF NEW YORK et al., Respondents.— Motions referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motions for reargument denied, without costs. Motions for leave to appeal to the Court of Appeals granted. The following question is certified: Was

the order of this court entered November 14, 1957 properly made? Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See 4 A D 2d 957.]